# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 30, 2022

Lyle W. Cayce
Clerk

No. 21-60883
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Melvin Lionell Jones, Jr.,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:20-CR-91-4

_____

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Melvin Lionell Jones, Jr., appeals the 168-month sentence imposed following his guilty plea conviction for conspiracy to possess with intent to distribute cocaine. He argues that the sentence was substantively unreasonable because the district court gave undue weight to the career

---

\* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-60883

offender guideline and did not adequately account for other relevant sentencing factors.

The Government moves to dismiss the appeal or, alternatively, for summary affirmance based on the appeal waiver in Jones's written plea agreement. Jones's challenge to his waiver as invalid or unenforceable under the circumstances lacks merit, as Jones was specifically admonished about his right to appeal and that he was giving up that right as part of his plea, and the waiver broadly precludes any challenge to Jones's sentence. *See United States v. Bond*, 414 F.3d 542, 544 (5th Cir. 2005). Accordingly, the Government's motion to dismiss the appeal is GRANTED. Its alternative motion for summary affirmance is DENIED. The appeal is DISMISSED.